# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**ARISTA RECORDS LLC, a Delaware**
**limited liability company, ET AL.,**                                    **PLAINTIFFS**

**VERSUS**                              **CIVIL ACTION NO. 4:05CV185-WAP-EMB**

**ZELDA STANLEY,**                                                         **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and record of this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated January 19, 2007, was on that date duly served electronically upon counsel for the parties; that more than ten days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore

**ORDERED:**

1. That the Report and Recommendation of the magistrate judge is hereby **ADOPTED** as the opinion of the Court.

2. That in accordance with the opinion of the Court, Plaintiffs' Motion for a Default Judgment is **GRANTED**.

3. That Defendant Zelda Stanley shall pay Plaintiffs $3,750.00 in statutory damages and $285.00 in costs of court.

4. That Defendant is hereby **PERMANENTLY ENJOINED** from directly or indirectly

infringing on any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody or control.

5. That Post judgment interest shall be calculated from the date of the entry of final judgment at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the final judgment. 28 U.S.C.A. § 1961 (2005).

**THIS**, the 26th day of February, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE